## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRAD JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HFF, INC., MARK D. GIBSON, JODY B. THORNTON JR., DEBORAH H. MCANENY, GEORGE L. MILES JR., STEVEN E. WHEELER, MORGAN K. O'BRIEN, SUSAN P. MCGALLA, and LENORE M. SULLIVAN, <br><br> Defendants. | Case No. 1:19-cv-00841-MN |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Brad Jones ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: July 9, 2019

Respectfully submitted,

FARUQI & FARUQI, LLP

*/s/ Michael Van Gorder*
Michael Van Gorder (#6214)
3828 Kennett Pike, Suite 201
Wilmington, DE 19807
Telephone: (302) 482-3182
Email: mvangorder@faruqilaw.com

OF COUNSEL:

FARUQI & FARUQI, LLP
Nadeem Faruqi
James M. Wilson, Jr.

685 Third Ave., 26th Fl.
New York, NY 10017                              *Counsel for Plaintiff*
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*